IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**FILED**
FEB 2 4 2016
DAVID CREWS, CLERK
BY _____
Deputy

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:16-CR-014

CRAYTONIA LATROY BADGER  18 U.S.C. § 1029(a)(3)
18 U.S.C. § 1029(a)(2)

## INDICTMENT

The Grand Jury Charges that:

### COUNT ONE

On or about November 6, 2013, in the Northern District of Mississippi and elsewhere, CRAYTONIA LATROY BADGER, defendant, did knowingly and with intent to defraud, possess fifteen or more counterfeit or unauthorized access devices, to wit: approximately forty-eight names, dates of birth, and social security numbers, along with credit card accounts and CVV security codes, said possession affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 1029(a)(3).

### COUNT TWO

On or about November 6, 2013, in the Northern District of Mississippi and elsewhere, CRAYTONIA LATROY BADGER, defendant, aided and abetted by others known and unknown to the grand jury, did knowingly and with intent to defraud, traffic in and use one or more unauthorized access devices during any one-year period, and by such conduct, from on or about February 13, 2013, to on or about January 8, 2014, obtained money and other items of value in an

aggregate amount of $1000 or more during said period of time, said trafficking and use affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(2).

First Asst. /s/ William C. Lamar
UNITED STATES ATTORNEY

A TRUE BILL

/s/ Signature Redacted
FOREPERSON