IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.  CRIMINAL ACTION NO.: 1:16CR014-SA

CRATONIA LATROY BADGER  DEFENDANT

## ORDER ON MOTIONS

Defendant Craytonia Badger, acting pro se, requests the transcripts from his sentencing and the hearing held to determine whether he could withdraw his plea [57]. He contends he "will be appealing his conviction and sentence to the Fifth Circuit," and that review of the transcripts is needed for that purpose. He also seeks the transcript from his change of plea hearing without cost [58].

The Court appointed counsel for Defendant, who has filed a Notice of Appeal [54] on the Defendant's behalf. In addition, his appointed counsel has already requested those same transcripts, and been provided those transcripts. Accordingly, the Defendant's pro se requests for transcripts to be provided free of cost are MOOT.

SO ORDERED, this the 5th day of July, 2017.

 /s/ Sharion Aycock
 **U.S. DISTRICT JUDGE**